IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| AMBER GRAY, | ) | CASE NO: 08-116 |
| Plaintiff(s), | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE:12/10/2009 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | PLACE:  Benton, IL |
| | ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK:   K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS (X ):

PROCEEDING:

TIME:

 This matter is before the court for purposes of case management and calendar control.

 It is hereby ORDERED that this matter is STRICKEN from the final pre-trial setting of 12/30/2009.

 It is further ORDERED that this matter is reset for final pre-trial on 5/6/2010 at 9:30 a.m. with a jury trial setting of 5/16/2010 at 9:00 a.m. in Benton, IL.

NANCY ROSENSTENGEL, CLERK

By: s/ K. Jane Reynolds
Deputy Clerk