UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OASBY GILLIAM,

       Petitioner,

  v.                                    Case No. 05-cv-803-JPG

TERRY MCCANN,

       Respondent.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner Oasby Gilliam's Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is denied in its entirety. Judgment is entered in favor of Respondent Terry McCann and against Gilliam. This case is dismissed with prejudice.

**DATED: December 10, 2009**

                                                **NANCY ROSTENSTENGEL, CLERK**

                                                **By:s/Deborah Agans, Deputy Clerk**

**Approved:**
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**